# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KAREN ROEBUCK**                                                                               **PLAINTIFF**

**v.**                         **Case No. 4:18-cv-00092 KGB**

**USABLE LIFE**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the Court's Opinion and Order entered on this day, plaintiff Karen Roebuck's complaint is dismissed with prejudice.

So adjudged this 30th day of March, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge